UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAGGIE A. ONG,<br><br>                          Plaintiff,<br><br>v.<br><br>CREDIT CONTROL LLC AND DEPARTMENT STORES NATIONAL BANK,<br><br>                          Defendant. | Case No.:  22CV1390-MMA (BLM)<br><br>**ORDER IMPOSING SANCTIONS AND CONTINUING DEADLINE TO FILE JOINT MOTION FOR DISMISSAL** |

In a joint notice of settlement dated November 14, 2022, the parties informed the Court that they "ha[d] agreed to terms to settle claims herein, subject to the full execution of a confidential agreement." ECF No. 10.  That same day, the Court issued an Order Confirming Settlement and Setting Deadline to File Joint Motion for Dismissal requiring the parties to file their joint motion for dismissal on or before December 8, 2022 or to appear "in person" before Judge Major on December 15, 2022 for a Settlement Disposition Conference ("SDC").  ECF No. 11.  The Court cautioned that

> [i]f counsel of record or any unrepresented party fails to appear at the Settlement Disposition Conference, or the parties fail to file the signed joint motion for dismissal in a timely manner, the Court will issue an order to show cause why sanctions should not be imposed for failing to comply with this Order.

Id. at 2.

The parties failed to file a joint motion for dismissal on December 8, 2022. See Docket. On December 13, 2022, Judge Major's law clerk called Plaintiff's counsel and left a message to remind him of the December 8, 2022 deadline or, alternatively, the December 15, 2022 SDC. Plaintiff's counsel, Mr. Brett Bodie, returned the Court's call that same day and stated that the parties would not be filing a joint motion for dismissal and would instead be appearing at the SDC.

On December 15, 2022, Mr. Bodie contacted Judge Major's chambers to obtain information for a telephonic appearance. Judge Major's law clerk explained that counsel was required to appear in person for the SDC. That same day, the Court held the SDC. ECF No. 12. Mr. Brett Goodman appeared on behalf of Defendant. Id. Despite the Court's clear order and additional reminder, Plaintiff's counsel, Mr. Bodie, failed to appear at the SDC. Id.

Because Mr. Bodie failed to appear, the Court was unable to conduct the SDC. Accordingly, the Court finds it appropriate to sanction Mr. Bodie in the amount of $250.00 payable to the Miscellaneous Fines, Penalties and Forfeitures, Not Otherwise Classified, fund of the United States Treasury. See ECF No. 11; see also CivLR 83.1 (Sanctions for Noncompliance with Rules). Mr. Bodie must mail his payment to Clerk of the Court, 333 W Broadway, Ste 420, San Diego, CA 92101 or pay in person at the Clerk's Office on the 4th floor. Mr. Bodie must pay the sanction by **January 13, 2023** and must file a declaration stating that the payment has been made in accordance with this Order on or before **January 17, 2023**. If Mr. Bodie objects to the imposition of the sanction, he must file his objection, with factual and legal authority, by **December 30, 2022**.

In addition, the Court continues the previous deadlines as follows:

1. The parties are ordered to file their joint motion for dismissal of this case, signed by counsel of record and any unrepresented parties, no later than **January 18, 2023**. A proposed order on the joint motion for dismissal must be e-mailed to the district judge's

chambers[1] on the same day.  If the signed joint motion for dismissal is timely filed, the parties and attorneys are not required to make any further appearances before Judge Major.

2. If the fully executed joint motion for dismissal is not filed by **January 18, 2023**, then all counsel of record and unrepresented parties are required to appear <u>in person</u> for a Settlement Disposition Conference.  The Settlement Disposition Conference will be held on **January 24, 2023** at **9:30 a.m.** in **Courtroom 3D**.

If counsel of record or any unrepresented party fails to appear at the Settlement Disposition Conference, or the parties fail to file the signed joint motion for dismissal in a timely manner, the Court will issue an order to show cause why sanctions should not be imposed for failing to comply with this Order.

**IT IS SO ORDERED**.

Dated:  12/16/2022

Hon. Barbara L. Major
United States Magistrate Judge

---

[1] The proposed order shall be e-mailed pursuant to section 2(h) of the United States District Court for the Southern District of California's Electronic Case Filing Administrative Policies and Procedures Manual, available at www.casd.uscourts.gov.